UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**MICHAEL GROSS, et al.,**                                    CASE NO.: 2:24-cv-14240-DMM

*Plaintiffs,*

v.

**NATIONAL CREDIT SYSTEMS, INC.,**
et al.

*Defendants,*
_____/

## JOINT NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF ASHLEY GROSS AND DEFENDANT TRANS UNION, LLC

Plaintiff, Ashley Gross, and Defendant, Trans Union, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: November 13, 2024

*Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **QUILLING, SELANDER, LOWNDS,** |
| 830 North Federal Highway | **WINSLETT & MOSER, P.C.** |
| Lake Worth, FL 33460 | 6900 N. Dallas Parkway, Suite 800 |
| Telephone: 561-655-3925 | Plano, TX 75024 |
| Fax: 844-921-1022 | Telephone: (214) 560-5442 |
| | |
| */s/ Eiman Sharmin* | */s/ Ritika Singh* |
| Eiman Sharmin, Esq. | Ritika Singh |
| FBN: 716391 | Florida Bar No. 1016708 |
| Email: eiman@sharminlaw.com | rsingh@qslwm.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| | *Trans Union, LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 13, 2024, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ *Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiffs*