UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14240-CV-MIDDLEBROOKS

MICHAEL GROSS, et al.,

    Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC.,
et al.,

    Defendants.
_____/

### ORDER DISMISSING DEFENDANT TRANS UNION, LLC

THIS CAUSE comes before the Court upon Plaintiff Ashley Gross's and Defendant Trans Union, LLC's Joint Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, filed November 22, 2024. (DE 38). The Court congratulates these Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss Defendant. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) All claims in the above-styled action between Plaintiff Ashley Gross and Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE.**

(2) As to the dismissed claims, each party shall bear their own fees.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 2nd day of December, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE