UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**MICHAEL GROSS, et al.,**                                          CASE NO.: 2:24-cv-14240-DMM

    *Plaintiffs,*

v.

**NATIONAL CREDIT SYSTEMS, INC.,**
**et al.**

    *Defendants,*
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, Michael and Ashley Gross, and Defendant, Equifax Information Services LLC ("Equifax") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice as to Defendant Equifax. Plaintiffs and Defendant Equifax shall each bear their own attorneys' fees and costs.

Dated: January 29, 2025

                              *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SEYFARTH SHAW LLP** |
| 830 North Federal Highway | 233 S. Wacker Drive |
| Lake Worth, FL 33460 | Chicago, IL 60606-6448 |
| Telephone: 561-655-3925 | Telephone: (312) 460-5000 |
| Fax: 844-921-1022 | Facsimile: (312) 460-7000 |
| | |
| */s/ Eiman Sharmin* | */s/ Paige Vacante* |
| Eiman Sharmin, Esq. | Paige Vacante |
| FBN: 716391 | Florida Bar No. 1019135 |
| Email: eiman@sharminlaw.com | Email: pvacante@seyfarth.com |
| Brooke Sharmin, Esq. | |

| | |
|---|---|
| FBN: 677841<br>Email: brooke@sharminlaw.com<br>*Counsel for Plaintiffs* | *Counsel for Defendant*<br>*Equifax Information Services LLC* |
| **DeMarte Law, PLLC**<br>39555 Orchard Hill Pl.,<br>Ste. 600 / PMB 6338<br>Novi, Michigan 48375<br>(313) 509-7047<br><br>*/s/ Katrina DeMarte*<br>Katrina DeMarte, Esq.<br>(admitted *Pro Hac Vice*)<br>MI Bar No. P81476<br>CO Bar No. 43135<br>GA Bar No. 821011<br>katrina@demartelaw.com | **JONES DAY**<br>1221 Peachtree Street N.E., Suite 400<br>Atlanta, Georgia 30361<br>Phone: (404) 581-8023<br><br>*/s/ Grant Edward Lavelle Schnell*<br>Grant Edward Lavelle Schnell<br>Florida Bar No. 108109<br>Email: gschnell@jonesday.com<br><br>*Counsel for Defendant* |

Albert D. Gibson, Esq.
Florida Bar No.: 50765
**THE GIBSON LAW FIRM, P.A.**
4720 Salisbury Road
Jacksonville, FL 32256
Telephone: 561-501-7858
Email: adg@gibsonlawfirmpa.com

*Counsel for Defendant*
*National Credit Systems, Inc.*

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

                                                                   */s/ Eiman Sharmin*
                                                                   Eiman Sharmin, Esq.
                                                                   FBN: 716391
                                                                   Email: eiman@sharminlaw.com
                                                                   *Counsel for Plaintiffs*