UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**MICHAEL GROSS, et al.,**     CASE NO.: 2:24-cv-14240-DMM

*Plaintiffs,*

v.

**NATIONAL CREDIT SYSTEMS, INC.,** et al.

*Defendants,*
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, Michael and Ashley Gross, and Defendant, Experian Information Solutions, Inc. ("Experian") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice as to Defendant Experian. Plaintiffs and Defendant Experian shall each bear their own attorneys' fees and costs.

Dated: January 29, 2025

Respectfully submitted,

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
Brooke Sharmin, Esq.

**JONES DAY**
1221 Peachtree Street N.E., Suite 400
Atlanta, Georgia 30361
Phone: (404) 581-8023

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Florida Bar No. 108109
Email: gschnell@jonesday.com

*Counsel for Defendant*

| | |
|---|---|
| FBN: 677841<br>Email: brooke@sharminlaw.com<br>*Counsel for Plaintiffs* | *Experian Information Solutions, Inc.* |
| **DeMarte Law, PLLC**<br>39555 Orchard Hill Pl.,<br>Ste. 600 / PMB 6338<br>Novi, Michigan 48375<br>(313) 509-7047<br><br>*/s/ Katrina DeMarte*<br>Katrina DeMarte, Esq.<br>(admitted *Pro Hac Vice*)<br>MI Bar No. P81476<br>CO Bar No. 43135<br>GA Bar No. 821011<br>katrina@demartelaw.com | **SEYFARTH SHAW LLP**<br>233 S. Wacker Drive<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>*/s/ Paige Vacante*<br>Paige Vacante<br>Florida Bar No. 1019135<br>Email: pvacante@seyfarth.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

Albert D. Gibson, Esq.
Florida Bar No.: 50765
**THE GIBSON LAW FIRM, P.A.**
4720 Salisbury Road
Jacksonville, FL 32256
Telephone: 561-501-7858
Email: adg@gibsonlawfirmpa.com

*Counsel for Defendant*
*National Credit Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiffs*