UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14240-CV-MIDDLEBROOKS

MICHAEL GROSS, et al.,

    Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC., et al.,

    Defendants.

_____/

**ORDER DISMISSING DEFENDANTS**

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., (DE 59) and Joint Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (DE 58), both filed on January 29, 2025. The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulations are self-executing and no order of the Court is required to dismiss Defendants. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) Plaintiffs' claims against Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC are **DISMISSED** with prejudice.

(2) The Clerk of Court shall **TERMINATE** Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC in the above-styled action.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 3 day of February, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE