# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION- MIDDLEBROOKS / MAYNARD
# CASE NO. 2:24-cv-14240-DMM

**MICHAEL GROSS and ASHLEY GROSS,**

    **Plaintiffs,**

v.

**NATIONAL CREDIT SYSTEMS INC.,** *et al.*,

    **Defendants.**
_____/

## JOINT NOTICE OF SETTLEMENT
## AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.

    Plaintiff, Michael Gross and Ashley Gross, and Defendant, National Credit Systems, Inc. hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: April 11, 2025

Respectfully submitted,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **MESSER, STRICKLER, BURNETTE, LTD.** |
| 830 North Federal Highway | 1200 RiverPlace Blvd., Suite 105 #1558 |
| Lake Worth, FL 33460 | Jacksonville, Florida 32207 |
| Telephone: 561-655-3925 | Telephone: 904-892-6936 |
| Fax: 844-921-1022 | Fax: 904-683-7353 |
| | |
| */s/ Eiman Sharmin* | */s/ Lauren M. Burnette* |
| Eiman Sharmin, Esq. | Lauren M. Burnette, Esq. |
| Florida Bar No. 716391 | Florida Bar No. 120079 |
| Email: eiman@sharminlaw.com | Email: lburnette@messerstrickler.com |
| *Counsel for Plaintiff* | *Counsel for Defendant National Credit Systems Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

          **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN B. WALSH, ESQUIRE
FL Bar No. 28179
1200 Riverplace Blvd.
Suite 105 #1558
Jacksonville, FL 32207
☎ (904) 892-6936
📠 (904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant National Credit Systems Inc.*

Dated: April 11, 2025