UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14240-CV-MIDDLEBROOKS

MICHAEL GROSS and ASHLEY GROSS,

    Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal, filed April 21, 2025. (DE 79). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' claims in this matter are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 22 day of April, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record